UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:06-cr- 00473-T-30TBM
18 U.S.C. § 641
LESLIE ROBERTS 18 U.S.C. § 981(a)(1)(C)
28 U.S.C. § 2461(c)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

Beginning in or about April, 2000, and continuing through in or about December, 2005, in Hillsborough County in the Middle District of Florida,

LESLIE ROBERTS,

did knowingly embezzle, steal, purloin and convert to his own use and the use of another, in excess of $1,000 of monies that belonged to the United States and the U.S. Social Security Administration, with intent to deprive the United States and the U.S. Social Security Administration of the use and benefit of those monies.

In violation of Title 18, United States Code, Section 641.

## FORFEITURE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

1. From his engagement in any or all of the violations alleged in Count One of this Indictment, in violation of Title 18, United States Code, Section 641, defendant,

LESLIE ROBERTS,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all of the defendant's right, title and interest in any property, real or personal, which constitutes or is derived from proceeds traceable to such offenses.

2. Specifically, property subject to forfeiture pursuant Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), as alleged in paragraph one (1) above includes, but is not limited to the following: A sum of money equal to $56,327.00 in United States currency, which represents the amount of proceeds obtained as a result of the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the Court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c) and Title 21, United States Code, Section 853(p), to seek forfeiture of any other

property of said defendant up to the value of the forfeitable property.

A TRUE BILL,

Foreperson

PAUL I. PEREZ
United States Attorney

By:
AMANDA C. KAISER
Assistant United States Attorney

By:
ROBERT A. MOSAKOWSKI
Assistant United States Attorney
Chief, Tampa Division

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

LESLIE ROBERTS

## INDICTMENT

Violations:

18:641
18:981(a)(1)(C) - Forfeiture
28:2461(c) - Forfeiture

A true bill,

[signature]
Foreperson

Filed in open court this 16th day

of November, A.D. 2006.

_______________________
Clerk

Bail $___________

GPO 863 525

N:_Criminal Cases\R\Roberts, Leslie Valrey_2006R00117_ACK\f_indictment_back.wpd