**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.** **Case No.: 8:06-cr-473-T-30TBM**

**LESLIE ROBERTS,**

**Defendant.**
_________________________________/

# DEFENDANT ROBERTS' SENTENCING MEMORANDUM AND REQUEST FOR *BOOKER* DEPARTURE

## I. Introduction

This memorandum and accompanying exhibits are respectfully submitted for the Court's consideration to assist in the sentencing of Leslie Roberts, who has pleaded guilty to Theft of Government Funds in violation of 18 U.S.C. §641. This memorandum will demonstrate Mr. Roberts' contrition, acceptance of responsibility for his criminal conduct and provide the court with an understanding of the extreme conditions that motivated this otherwise law abiding person to engage in criminal conduct.

This memorandum will further demonstrate Mr. Roberts' full character, as described by his family, friends, colleagues, and community members and will show that despite his serious offense conduct, Mr. Roberts has a long record of personal achievement, hard work, helpfulness, and generosity.

It is respectfully requested that the Court consider Mr. Roberts' overall background and character when imposing an individualized and just sentence in this case. It is further requested that the Court sentence Mr. Roberts to a period of probation.

## II. Personal Background

Born February 18, 1956 in Dade County, Florida, Mr. Roberts is one of seven children born to Dorothy Roberts. Leroy Thomas, Mr. Roberts' father, was absent and Dorothy Roberts was forced to raise her children alone. When Mr. Roberts was approximately two years old, he and one of his sisters moved to Deland, Florida to live with their grandmother, Daisy Maddox. Mr. Roberts remained with his grandmother until he graduated from Deland High School in 1974.

After high school, Mr. Roberts moved to Kansas to attend Bethel College. He left college in early 1975 and moved to Apollo Beach. At this time, Mr. Roberts established a relationship with his father and worked for him for many years.

Mr. Roberts began working for Louis Surratt and Ed Verner in the mid 1980's as a fruit picking crew leader for Plant Fruit Company and has worked for the two gentlemen ever since. He worked for them in many capacities and was ultimately promoted to the position of Production Supervisor for Florida Tree Source, his current position with the company.

In late 1999, Mr. Roberts was diagnosed with uremia, a toxic condition resulting from kidney disease in which there is retention in the bloodstream of waste products normally excreted in the urine. Over half of patients with chronic renal failure die within five years.

By January of 2000, Mr. Roberts' condition had worsened to the point where it became necessary for him to undergo dialysis three times a week until May of 2003. This translates to

over five hundred dialysis treatments. The treatments, coupled with the wide spectrum of medications that Mr. Roberts was required to take, were enormously expensive.

In 2003 Mr. Roberts received kidney transplant. The operation was successful and, as a result, Mr. Roberts is alive today. After the surgery, Mr. Roberts was placed on a regimen of drugs designed, among other things, to minimize the risk of rejection. During the period of recovery from surgery Mr. Roberts was not supposed to work and applied for Social Security disability benefits. The Social Security Administration has a five (5) month waiting period from the time of application until benefits start. Because he had no income and the medications were so expensive, Mr. Roberts returned to work prematurely but did not inform the Social Security Administration.

Mr. Roberts' kind heart and good nature touched the hearts of those who cared for him as he underwent treatment for his renal failure. Karin Terry, a nurse at the dialysis center writes:

> "My name is Karin Terry. I have been a Licensed Practical Nurse since 1974. I have known Mr. Roberts "Barry" Roberts since the year 2000.
>
> I first met Barry as my patient at the dialysis center and we continued our friendship after his kidney transplant in May 2003. Barry has always been a caring and responsible person. He is very hard working, family oriented and willing to help anyone in need.
>
> I am proud to call him my friend." (See Exhibit A).

Nurse Terry's characterization of Mr. Roberts as a "responsible person" is also evidenced by his response to the agents when they questioned him about this offense. When confronted by the agents, Mr. Roberts admitted his wrongdoing in a handwritten confession filled with sadness and remorse as he explained that his motivation was not greed or some other unjust enrichment

but a misguided notion that this was the only way for him to afford the necessary medical treatment.[1] (See Exhibit B).

Despite his very serious and life threatening health issues, Mr. Roberts's dedication as a hard working man has continued to impress and those around him. Those who have worked with him have nothing but praise for his attitude, leadership, and moral character. This praise is evidenced in letters submitted by Mr. Roberts's employers and co-workers.

Ed Verner, owner of Florida Tree Source, Inc., the company that employs Mr. Roberts, relates:

> "I am writing this letter in reference to Mr. Leslie Roberts (Berry), I first met Berry in the mid 1980s when he worked as a fruit picking crew leader in my citrus harvesting company. Since then I have seen Berry work hard for decades and make himself useful in several roles with ever-increasing responsibility and performance. During these years I have also witnessed him to survive medical traumas, to learn entirely new skills as the citrus industry ended for us here, and I've seen him grow into a key person actively helping my Florida Tree Source, Inc, to adapt and succeed here in Hillsborough County, Florida.
>
> In agriculture, one is often required to work and adapt during high stress moments of near disaster - such as freezes, vehicle crashes, equipment failures, etc., all while a highly perishable commodity is ticking away its value. Knowing a man in these moments means a lot to me and seeing Berry work many a hard night through gives me a high opinion of him. In addition, during these times and others, I've come to trust him with money, responsibility, leadership, and character." (See Exhibit C).

Jeff Blackwell, who has firsthand knowledge of Mr. Roberts's efforts, writes:

> "For the past two years Barry Roberts has been an employee under my direct supervision running the pulling and loading crew. He is an outstanding employee that embraces all activities that are thrown at him and is always will to take on new responsibilities that are presented to him. While Barry's job is one that at times can become very chaotic and frustrating, he always manages to handle the situations with the outmost efficiency and diplomacy.

[1] Mr. Roberts presents this only as an explanation in mitigation of his criminal conduct and not as means of avoiding responsibility for his conduct. Mr. Roberts now realizes that other forms of aid might have been available to him to assist with the payment of the prescription medications that at that time seemed out of his reach.

Barry always has a positive attitude and interacts well with all members of the Florida Tree Source team from the owner to the field laborer. He has set a positive example of leadership for his crews and can always be counted on no matter what the circumstances are." (See Exhibit D).

Finally, Gilbert Gott, CEO of Florida Tree Source, says:

"In the fall of 2003 I began working at Florida Tree Source, Inc., a wholesale tree farm in Plant City. Early on, I met Leslie "Barry" Roberts, who was working with the pulling and loading crew, and have known him and worked with him since then.

Barry Roberts is one of the nicest persons I have met. He is a caring, honest, conscientious and hard working man. Since 2003, Barry has been given greater responsibilities and has been promoted to the position of Production Supervisor. He has accepted his new responsibilities and has carried them out efficiently and effectively, and goes beyond his normal duties to develop new ideas and methods of accomplishing our goals.

As Pulling and Loading Supervisor, Barry has to work carefully to coordinate between the Production side of the operations and the Sales side, and he does that by developing a great relationship with his coworkers. Everyone here places a great deal of trust in Barry and they speak very highly of him. Not only does Barry Roberts place a lot of importance on his job, I know that he also places a great deal of importance on his Family, whose well-being he takes as a personal responsibility, and has sacrificed to provide for them.

Simply put, Barry Roberts is a good man. As others, I believe his positive personal attributes warrant serious consideration and leniency in the sentencing process." (See Exhibit E).

Mr. Roberts moved to Plant City in 1989 and has been a resident ever since.

Unfortunately, Mr. Roberts's battle with health issues is not over. In January of this year, he was diagnosed with a sebaceous carcinoma on his nose. The carcinoma was removed and Mr. Roberts had to undergo two additional reconstructive surgeries. He remains under the care of his treating physician for this condition as well.

There is no question that Mr. Roberts committed a crime and has admitted it. Mr. Roberts is deeply sorry for his criminal conduct, has cooperated fully with authorities, and hopes

this court will be merciful in imposing sentence respectfully requests that given the motivation for his crime and his medical condition, this court use its discretion as outlined in United States v. Booker, 543 U.S. 220, 125 S. Ct. 738, 160 L. Ed. 2d 621 (2005) and based on 18 USCS § 3553 impose a sentence of probation.

. I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished electronically to the Office of the United States Attorney, this 25th day of May, 2007.

s/<Eddie Suarez>
EDDIE SUAREZ, ESQUIRE
LAW OFFICES OF ED SUAREZ, P.A.
1011 West Cleveland Street
Tampa, FL 33606
Email: esuarez@suarezlawfirm.com
Telephone: (813) 229-0040
Facsimile: (813) 229-0041
Florida Bar #752540

# Exhibit A

February 27, 2007

Karin Terry
2716 Laurel Oak Dr.
Plant City, Fl. 33566
813-754-7856

Hon. Judge James Moody,

My name is Karin Terry. I have been a Licensed Practical Nurse since 1974. I have known Leslie "Barry" Roberts since the year 2000.

I first met Barry as my patient at the dialysis center and we continued our friendship after his kidney transplant in May 2003. Barry has always been a caring and responsible person. He is very hard working, family oriented and willing to help anyone in need. I am proud to call him my friend.

If you have any further questions do not hesitate to contact me.

Sincerely,

Karin Terry

# Exhibit B

Office of the Inspector General
Office of Investigations
Social Security Administration

STATEMENT OF Leslie Valery Roberts PAGE 1 OF ~~2~~ LR 3

"I, Leslie Valery Roberts, hereby make the following free and voluntary sworn statement to Anne Miller, who has identified him/herself to me as a Special Agent with the Office of Inspector General, Social Security Administration."

" I undersand what I did was wrong, Being on Dylsy and Being a Transplant patient, I did because of the Medicare card. drug is very expensive and without ins. I thought there was no other way that I could afford them. I am truly sorry in not tell the Social security office of my part time work, and going back to work full time in 2004. I hope I can do what I have to do to make this Right. LR "

State of: Florida Date: 12/21/05

County of: Hills Location: Plant City

This report contains sensitive law enforcement material and is the property of the Social Security Administration, Office of the Inspector General (SSA OIG). It may not be copied or reproduced without written permission from the SSA OIG. This report is FOR OFFICIAL USE ONLY, and its disclosure to unauthorized persons is strictly prohibited and may subject the disclosing party to liability. Public availability to be determined under 5 U.S.C. §§ 552, 552a.

FORM OI-16A (Revised 6/1/98)

Office of the Inspector General
Office of Investigations
Social Security Administration

STATEMENT OF Leslie Roberts PAGE 2 OF 3

Reason I feel I did was wrong. I used
Carl McAllister, David Bernard SS# to work part
time so I could keep getting Social Security and Medicare
care to pay for Medicare I work part time in 2000-
Feb. for about six month and Carl McAllister, After
(LR) That is was David Berhard until (LR) May 31 2003.
Started back under my Social in Jan 2004, I am
admitting that I did this to hide for Social Security
(LR) It was wrong.

LR

This report contains sensitive law enforcement material and is the property of the Social Security Administration, Office of the Inspector General (SSA OIG). It may not be copied or reproduced without written permission from the SSA OIG. This report is FOR OFFICIAL USE ONLY, and its disclosure to unauthorized persons is strictly prohibited and may subject the disclosing party to liability. Public availability to be determined under 5 U.S.C. §§ 552, 552a.

FORM OI-16C (Revised 6/1/98)

Office of the Inspector General
Office of Investigations
Social Security Administration

STATEMENT OF ______________________ PAGE 3 OF 3

I have read this statement, consisting of this and 2 other page(s); and it is true, accurate, and complete to the best of my knowledge and belief. I have initialed each page, where necessary, and have been given an opportunity to make any corrections or additions. I have initialed each line where a correction has been made.

SIGNATURE OF PERSON MAKING STATEMENT

Subscribed and sworn to before me this the
12 day of 9/1, 2005
at 11:45

Special Agent
Office of Investigations
Office of the Inspector General
Social Security Administration

Witness(es): ______________________
ARTHUR M. HAYS

This report contains sensitive law enforcement material and is the property of the Social Security Administration, Office of the Inspector General (SSA OIG). It may not be copied or reproduced without written permission from the SSA OIG. This report is FOR OFFICIAL USE ONLY, and its disclosure to unauthorized persons is strictly prohibited and may subject the disclosing party to liability. Public availability to be determined under 5 U.S.C. §§ 552, 552a.

# Exhibit C

# Ed M. Verner

P.O. Box 1118
Plant City, Florida 33564-1118
(813) 752-1442
Fax (813) 759-6871

U.S. District Court
Middle District of Florida
801 North Florida Avenue
Tampa, Florida 33602-3849

Case Name: USA v. Roberts
Case Number: 8:06-cr-473

To Whom It May Concern:

I am writing this letter in reference to Mr. Leslie Roberts (Berry). I first met Berry in the mid 1980s when he worked as a fruit picking crew leader in my citrus harvesting company. Since then I have seen Berry work hard for decades and make himself useful in several roles with ever increasing responsibility and performance. During these years I have also witnessed him to survive medical traumas, to learn entirely new skills as the citrus industry ended for us here, and I've seen him grow into a key person actively helping my Florida Tree Source, Inc. to adapt and succeed here in Hillsborough County, Florida.

In agriculture, one is often required to work and adapt during high stress moments of near disaster – such as freezes, vehicle crashes, equipment failures, etc., all while a highly perishable commodity is ticking away its value. Knowing a man in these moments means a lot to me and seeing Berry work many a hard night through gives me a high opinion of him. In addition, during these times and others, I've come to trust him with money, responsibility, leadership, and character.

While not wishing to debate the justice of his prosecution, I would urge the court to grant any leniency available to Mr. Leslie Roberts as regards sentencing – specifically including any monetary reduction of charges associated with interest, or penalties, etc. and also specifically requesting a long term period in which to repay his debts to the system. He is a good man, with many taxes already paid, and hopefully many more to be paid. I already trust him with company business and moneys, but I would also trust him to guard my children. If he lives a long life, he will repay his debts. If his life is to be short, I'm sure it will have few joys to compare against his "peers" who are judging and sentencing him now.

Under the category of: "I've seen my government be fools for lesser things." Or "Let's not be penny wise, and pound foolish," I would wish the court to be aware how not long ago, I aided in the detection, apprehension, and prosecution of a felon who was stealing cash and valuables from another company of mine's sales registers – all the while living in the lap of luxury. After bearing the entire expense for the successful prosecution of this felon, and delivering his long-fought guilty verdict to a sentencing judge, the judge in his case withheld adjudication, and gave him a slap on the wrist despite my pleas for no recompenses and keeping the simple tag of "felon" to ward off future victims to his future criminal intentions. Mr. Roberts has no future criminal intentions, and I suspect had only survival in mind at the expense of those who could most afford it.

Oh courts… this life of Mr. Roberts you have in your hands is worth so much more than many a miscreant who jade you… you hold it in your power to let Mr. Roberts return to that productive life he has earned with as little upset as possible… He has not lived in luxury… He has clung to a life you would not want to trade for… Let him go back to work and back to his life and if you are able, give him a break.

Sincerely,

# Exhibit D

March 28, 2007

U.S. District Court
Middle District of Florida
801 North Florida Avenue
Tampa, Florida 33602-3849

Case Name: USA v. Roberts
Case Number: 8:06-cr-473

Whomever this may concern:

For the past two years Barry Roberts has been an employee under my direct supervision running the pulling and loading crew. He is an outstanding employee that embraces all activities that are thrown at him and is always will to take on new responsibilities that are presented to him. While Barry's job is one that at times can become very chaotic and frustrating, he always manages to handle the situations with the outmost efficiency and diplomacy.

Barry always has a positive attitude and interacts well with all members of the Florida Tree Source team from the owner to the field laborer. He has set a positive example of leadership for his crews and can always be counted on no matter what the circumstances are.

As for Barry's character I can honestly say that this a person that cares for the well-being of others, would go out the way to help another person, and has the basic morale fibers that make him an all around good person. I hope that these attributes will be taken into consideration in the sentencing process.

Sincerely,

Jeff Blackwell
Production Manager
Florida Tree Source Inc.

# Exhibit E

Toll Free: 866.307.TREE
Phone: 813.707.1426
Fax: 813.752.7629

Florida Tree Source, Inc.

3010 North Frontage Road • Plant City, FL 33565
P.O. Box 2066 • Plant City, FL 33564-2066
www.floridatreesource.com

COPY

March 21, 2007

U.S. District Court
Middle District of Florida
801 North Florida Avenue
Tampa, Florida 33602-3849

Case Name: USA v. Roberts
Case Number: 8:06-cr-473

Whomever this may concern:

In the fall of 2003 I began working at Florida Tree Source, Inc., a wholesale tree farm in Plant City. Early on I met Leslie "Barry" Roberts, who was working with the pulling and loading crew, and have known him and worked with him since then.

Barry Roberts is one of the nicest persons I have met. He is a caring, honest, conscientious, and hard-working man. Since 2003, Barry has been given greater responsibilities and has been promoted to the position of Production Supervisor. He has accepted his new responsibilities and has carried them out efficiently and effectively, and goes beyond his normal duties to develop new ideas and methods of accomplishing our goals.

As Pulling and Loading Supervisor, Barry has to work carefully to coordinate between the Production side of the operations and the Sales side, and he does that by developing a great relationship with his co-workers. Everyone here places a great deal of trust in Barry and they speak very highly of him.

Not only does Barry Roberts place a lot of importance on his job, I know that he also places a great deal of importance on his family, whose well-being he takes as a personal responsibility, and has sacrificed to provide for them.

Simply put, Barry Roberts is a good man. As others, I believe his positive personal attributes warrant serious consideration and leniency in the sentencing process.

Sincerely,

Gilbert V. Gott
CEO